AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McAllen Division

UNITED STATES OF AMERICA
V.
**Diana RAMOS**
A206 732 499
YOB: 1983
COC: United States

Name and Address of Defendant

**CRIMINAL COMPLAINT**

Case Number: M-14-//55-M

United States District Court
Southern District of Texas
FILED
JUN 1 6 2014
Clerk of Court

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __June 14, 2014__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant, a United States citizen, attempted to bring illegally into the United States at the Hidalgo Port of Entry an alien child J.A.G.T. (male, 4 years old), a Mexican citizen, as a United States citizen. At pedestrian primary, the defendant claimed the child as her son, that he was a United States citizen, and presented a City of Weslaco, Texas birth certificate bearing the name M.L.N. as proof.

During primary inspection, the defendant was asked if she had any photos of her son. The defendant produced some cell phone photos which did not resemble the child she was traveling with. When questioned as to why the child did not appear to be that of the one depicted in her cell phone photos, the defendant admitted that she was bringing the child into the United States illegally by presenting her true son's birth certificate. She also admitted she was to get paid to take the child to Donna, Texas. The defendant and child were escorted into secondary for further inspection.

In secondary, the defendant claimed she did not know the child's name but that she had been propositioned by the child's father about bringing his child into the United States. She agreed, and utilized her son's birth certificate in an attempt to bring the child into the United States illegally. Prior to making entry, the defendant stated she had met with the child's mother in Reynosa and had taken custody of the child. For her services, she was provided with $200 dollars and an additional $500 dollars were to be paid to her upon the child's arrival in Donna.

Contact was established with the child's mother and she arrived at the port of entry. Both, mother and child, were returned to Mexico.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved:
Robert Wells AUSA
6/16/2014

Sworn to before me and subscribed in my presence,

**Approved By:**

**June 16, 2014**                                    at   **McAllen, Texas**
Date                                                     City and State

**Dorina Ramos**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Complainant
**Juan R. Ciénega**
Printed Name of Complainant

_Dorina Ramos_
Signature of Judicial Officer